FILED
JUN 1 2 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08CR 1943    BEN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 – Importation of Marijuana (Felony) |
| SHIRLEY GONZALEZ, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about May 16, 2008, within the Southern District of California, defendant SHIRLEY GONZALEZ, did knowingly and intentionally import approximately 12.50 kilograms (27.50 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: June 12, 2008.

KAREN P. HEWITT
United States Attorney

MICHELLE M. PETTIT
Assistant U.S. Attorney

MIP:psd:San Diego
5/22/08