```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  Central District of California
    GREGORY W. STAPLES
 3  Special Assistant to the United States Attorney General
    California Bar Number: 155505
 4       United States Courthouse
         411 West Fourth Street, Suite 8000
 5       Santa Ana, California 92701
         Telephone: (714) 338-3535
 6       Facsimile: (714) 338-3564
         E-mail address: greg.staples@usdoj.gov
 7
    Attorney for Plaintiff
 8  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 08CR01943-BEN |
| Plaintiff, | ) NOTICE OF APPEARANCE |
| v. | ) |
| SHIRLEY GONZALEZ, | ) |
| Defendants. | ) |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-caption case. I certify that I am admitted to practice under CivLR 83.3.c.3-4.

DATED: September 4, 2008          Respectfully submitted,

                                   /s/ *Gregory W. Staples*
                                  GREGORY W. STAPLES
                                  Special Assistant to the United
                                  States Attorney General

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-1943-BEN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| SHIRLEY GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

    I, Greg Staples, am a citizen of the United States and am at least eighteen years of age. My business address is 411 West Fourth Street, Santa Ana, California 92701.

    I am not a party to the above-entitled action. I have caused service of Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    1.  Michael J. Messina

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 4, 2008.

                                              s/ *Gregory W. Staples*
                                              GREGORY W. STAPLES
                                              Assistant U.S. Attorney